IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG, | |
| Plaintiff, | 8:12-CV-417 |
| vs. | |
| DAVID DUHAMEL, | JUDGMENT |
| Defendant. | |

Upon the parties' Joint Stipulation for Dismissal with Prejudice (filing 8), this matter is dismissed with prejudice, each party to bear his own costs and attorney fees.

Dated this 25th day of April, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge